IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01497-LTB

JEFFERY T. ALLEN,

    Plaintiff,

v.

THE BOULDER SHELTER FOR THE HOMELESS, and
GREG HARMS, Acting Agent, Executive Director,

    Defendants.

___

## ORDER
___

    This matter is before the Court *sua sponte*. It has come to the Court's attention that Plaintiff's Complaint in this action includes attachments with personal information that is not appropriate for placement in the public domain. As a result, the Complaint should be filed under restricted access. Plaintiff is directed to refrain from submitting personal information to the Court because the Court's docketing records are public records. Accordingly, it is

    ORDERED that the clerk of the Court shall restrict access to ECF No. 1 consistent with a Level 2 restriction pursuant to D.C.COLO.LCivR 7.2.

    DATED at Denver, Colorado, this  16th  day of   July  , 2013.

                                BY THE COURT:


                                  s/Lewis T. Babcock
                              LEWIS T. BABCOCK, Senior Judge
                              United States District Court